# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA
10-21-16

| | |
|---|---|
| United States of America<br>v.<br>Agustin Ortiz-Galvan,<br>a.k.a.: Fernando Ortega-Gonzalez,<br>a.k.a.: Agustin Ortiz Galvan,<br>(A 208 198 000)<br>*Defendant* | ) ) ) ) ) ) )  Case No. 16-9363 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 15, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Agustin Ortiz-Galvan, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about April 13, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for SAUSA David Whipple

☒ Continued on the attached sheet.

_____
Complainant's signature

Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 24, 2016

_____
Judge's signature

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 15, 2016, Agustin Ortiz-Galvan was booked into the Maricopa County Jail (MCJ) intake facility by the Arizona Department of Public Safety on local charges. While incarcerated at the MCJ, Ortiz-Galvan was examined by ICE Officer C. Fernandez who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 21, 2016, Ortiz-Galvan was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Ortiz-Galvan was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Agustin Ortiz-Galvan to be a citizen of Mexico and a previously deported criminal alien. Ortiz-Galvan was removed from the

1

United States to Mexico through Nogales, Arizona, on or about April 13, 2016, pursuant to a removal order issued by an immigration judge. There is no record of Ortiz-Galvan in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Ortiz-Galvan's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Agustin Ortiz-Galvan was convicted of Possession of a Forgery Device, a felony offense, on April 11, 2016, in the Superior Court of Arizona, Maricopa County. Ortiz-Galvan was sentenced to two (2) years' supervised probation. Ortiz-Galvan's criminal history was matched to him by electronic fingerprint comparison.

5. On October 21, 2016, Agustin Ortiz-Galvan was advised of his constitutional rights. Ortiz-Galvan freely and willingly agreed to provide a statement under oath. Ortiz-Galvan stated that his true and complete name is Agustin Ortiz Galvan and that he is a citizen of Mexico. Ortiz-Galvan stated that he illegally entered the United States on "Junio 2016," "caminando," through Nogales, without inspection by an immigration officer. Ortiz-Galvan furthermore stated that he has been removed from the United States on one occasion and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 15, 2016, Agustin Ortiz-Galvan, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about April 13, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Rene A. López,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 24th day of October, 2016.

_____
Eileen S. Willett,
United States Magistrate Judge